---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____     Chapter ___11___

☐ Check if this an
amended filing

---

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Miracle Restaurant Group LLC | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 65-1246474 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 335 East Boston St<br>Covington, LA 70433<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Saint Tammany<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    Miracle Restaurant Group LLC        Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Miracle Restaurant Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | | | |
| District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

| Debtor | Miracle Restaurant Group LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | Miracle Restaurant Group LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 20, 2024
                MM / DD / YYYY

**X** /s/ Donald Moore                                     Donald Moore
Signature of authorized representative of debtor           Printed name

Title    Managing Member

**18. Signature of attorney**

**X** /s/ Douglas S. Draper                     Date    June 20, 2024
Signature of attorney for debtor                        MM / DD / YYYY

Douglas S. Draper 5073
Printed name

Heller, Draper & Horn, LLC
Firm name

650 Poydras Street
Suite 2500
New Orleans, LA 70130
Number, Street, City, State & ZIP Code

Contact phone    504-299-3300        Email address    ddraper@hellerdraper.com

5073 LA
Bar number and State

## CERTIFICATE OF RESOLUTION

I, the undersigned, the Manager, Member of Miracle Restaurant Group, LLC (the "Company"), do hereby certify that the Company, through the Board of Managers, has adopted the following resolutions unanimously at a meeting held on June 19, 2024 with a quorum of the Board of Managers present:

> "**RESOLVED,** that it is desirable and in the best interest of the Company, its creditors, members, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Subchapter V, of the United States Code (the "Bankruptcy Code"); and it is further
>
> **RESOLVED,** that the form of Subchapter V petition shall be as required by law and is approved and adopted in all respects, and that Donald Moore be, and hereby is, authorized and directed, on behalf of and in the name of the Company to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of Louisiana, at such time as Donald Moore, executing said petition on behalf of the Company, shall determine; and it is further
>
> **RESOLVED,** that on behalf of the Company, Donald Moore be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Subchapter V case; and it is further
>
> **RESOLVED,** that on behalf of the Company, Donald Moore be, and hereby is authorized and directed to employ Douglas S. Draper and the law firm of Heller, Draper & Horn, L.L.C. ("Heller Draper") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Donald Moore is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and

immediately upon the filing of the Subchapter V case, and to cause to be filed an appropriate application for authority to retain the services of Heller Draper; and it is further

**RESOLVED**, that on behalf of the Company, Donald Moore be, and hereby is authorized and directed to employ Peak Franchise Capital, LLC ("Peak") as financial advisor to the Company to assist it in the bankruptcy which services shall be those as set forth in the Peak engagement letter, and Donald Moore is hereby authorized and directed to execute appropriate retention and engagement agreements, pay retainers and seek authority of the United States Bankruptcy Court for the Eastern District of Louisiana to employ Peak.

**IN WITNESS WHEREFORE,** I have hereunto set my hand on this 19th day of June, 2024.

**Miracle Restaurant Group, LLC**

By: _Donald C Moore_

**Donald Moore**
**Manager, Member**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Miracle Restaurant Group LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 2307 Jefferson LLC 10850 Stone Haven Way San Diego, CA 92130 | | | Disputed | | | $110,000.00 |
| Airgas National Carbonation PO Box 734673 Dallas, TX 75373-4673 | | | | | | $11,865.75 |
| Arby's Foundation Inc. 3 Glen Lake Parkway Atlanta, GA 30338 | | | | | | $250,000.00 |
| Arby's Franchise Trust PO Box 840074 Dallas, TX 75284-0074 | | | | | | $265,000.00 |
| B & B Developers LLC PO Box 8337 Laurel, MS 39441-8337 | | | | | | $47,633.00 |
| Coca-Cola Financial Corporatio Suntrust Bank 102818 100 South Crest Drive Stockbridge, GA 30281 | | | | | | $31,014.02 |
| Computer Repairman, LLC 1822 N Sheffield  Ave Unit #2A Chicago, IL 60614 | | | Disputed | | | $17,372.50 |

| Debtor | Miracle Restaurant Group LLC | | Case number *(if known)* | |
|--------|------------------------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dempster-Halem Venture c/o Medallion Properties 10805 S Halsted Street Chicago, IL 60628 | | | | | | $42,882.00 |
| FiServ Inc Attn Jess Weiss 600 N Vel R Phillips Ave Milwaukee, WI 53203 | | | Contingent | | | $18,720.87 |
| James F Place Family Trust c/o James Place PO Box 65185 San Antonio, TX 78265 | | | | | | $98,042.00 |
| Lubbock Commercial Buildings Attn Don or Ted Rushing 2737  82nd St Lubbock, TX 79423 | | | | | | $39,942.00 |
| Marketplace Chaplains 2001 W Plano Pkwy Ste 3200 Plano, TX 75075 | | | | | | $12,000.00 |
| Mclane Food Service Inc P O Box 847535 Dallas, TX 75284-7535 | | | | | | $160,778.00 |
| Nicholas Ventures LP c/o Tom Nicholopoulos 8901 Oleander Ave Morton Grove, IL 60053-1921 | | | | | | $18,333.32 |
| Paul O Parker & Ruth Ann Park Fmly Trust c/o Paul O Parker 136 Dandelion Way Montergomery, TX 77316-2980 | | | | | | $31,500.00 |
| Retail Data System Inc 101 West 76th Street Davenport, IA 52806 | | | Disputed | | | $37,397.27 |

Debtor   Miracle Restaurant Group LLC _____     Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Ruby Enterprises LLC 835 Canal St Ste 2950 New Orleans, LA 70112 | | | | | | $35,500.00 |
| Sanpolo Holdings Inc 495  Mariposa Drive Ventura, CA 93001 | | | | | | $17,505.74 |
| Sygma Network 5620 Rittiman Plaza San Antonio, TX 78218 | | | | | | $32,781.28 |
| Xenial Inc PO Box 930157 Atlanta, GA 31193-0157 | | | | | | $24,335.28 |

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    Miracle Restaurant Group LLC                      Case No. _____

                                    Debtor(s)       Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CAPTEC Financial Holdings Corp.<br>335 East Boston St<br>Covington, LA 70433 | | 5.91% | |
| Donald C. Moore<br>335 East Boston St<br>Covington, LA 70433 | | 26.54% | |
| Donald C. Moore Investments, Inc.<br>335 East Boston St<br>Covington, LA 70433 | | 42.42% | |
| Millco Acquisition Company<br>335 East Boston St<br>Covington, LA 70433 | | 25.13% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 20, 2024 _____        Signature   /s/ Donald Moore

                                                         Donald Moore

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of Louisiana**

In re   Miracle Restaurant Group LLC _____   Case No. _____
                                           Debtor(s)              Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   June 20, 2024 _____         /s/ Donald Moore _____
                                               Donald Moore/Managing Member
                                               Signer/Title

1000 West Esplanade LLC
5215 Old Orchard Road
Suite 130
Skokie, IL 60077


1616 East Lake Mead LLC
10624 South Eastern Avenue
Suite A 425
Henderson, NV 89052


2307 Jefferson LLC
10850 Stone Haven Way
San Diego, CA 92130


A To Z Safe Lock & Key
PO Box 1476
Mandeville, LA 70470


A-1 Electrical Contractors Inc
2783 Lapalco Blvd
Harvey, LA 70058


Abco Discount Glass & Mirror Inc
6625 W 19th
Suite 201
Lubbock, TX 79407


Abs & Taylor Enterprise
5002 West 123rd Street
Alsip, IL 60803


ADT Security Corporation
PO Box 530212
Atlanta, GA 30353-0212


Air South Cooling And Heating LLC
PO Box 211
Mendenhall, MS 39114


Airgas National Carbonation
PO Box 734673
Dallas, TX 75373-4673

Alarm & Audio Professional Ser
4440 Trenton St
Metairie, LA 70006


Alarm Detection System Inc
1111 Church Road
Aurora, IL 60505


Allen Ray Ballard Dba Northstar Svcs
1708 Venetia Road
Amarillo, TX 79118


Allied Benefit Systems Inc
Atten Accounting Dept
PO Box 3205
Carol Stream, IL 60132-3205


Allpro Scales And Equipment LLC
27310 James King Road
Hammond, LA 70403


Ambrit LLC
Gasket Guy of Louisiana
2076 Third S
Mandeville, LA 70471


American Air Specialist of Miss
c/o A/R Funding
PO Box 162
Hattiesburg, MS 39403-0162


American Backflow Prevention Inc
111 Kerry Lane
Wauconda, IL 60084


American Security Products
11925 Pacific Avenue
Fontana, CA 92337


Ample Storage
8005 Pontiac Avenue
Lubbock, TX 79424

Anderson Pest Solutions
PO Box 600670
Jacksonville, FL 32260-0670


Anderson Pest Solutions
A Rentokil Company
PO Box 740608
Cincinnati, OH 45274


Arby's Chicago Adi Advertising Assoc
c/o Lunan Corp
414 North Orleans Ste 402
Chicago, IL 60654


Arby's Foundation Inc.
3 Glen Lake Parkway
Atlanta, GA 30338


Arby's Franchise Trust
PO Box 840074
Dallas, TX 75284-0074


Art Sandoval Landscape LLC
3302 Quaker Avenue
Lubbock, TX 79410


Ascentium Capital
23970 Highway 59 N
Kingwood, TN 77339


AT&T
PO Box  5014
Carol Stream, IL 60197-5014


Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353


Averus  Inc
3851 Clearview Court
Gurnee, IL 60031-1247


B & B Developers LLC
PO Box 8337
Laurel, MS 39441-8337

```
B & K Finishes LLC
20240 Ratcliff Blvd
Springfield, LA 70462


Barry O Andalman Dba Taft
64 Belle Helene Drive
Destrehan, LA 70047


Bezac Equipment Corp.
3721 Mahoning Avenue
Youngstown, OH 44515


Big K's Pest Control
Keith Allen Weir
6726 Santa Fe Drive
Lubbock, TX 79407


Boyds Pumping And Excavation
246 Fm 2575
Amarillo, TX 79108


Brown And Joseph LLC
1 Pierce Place Suite 700W
Itasca, IL 60143


Bureau of Revenue & Taxation
Property Tax Division
PO Box 130
Gretna, LA 70054


Burkhardt Air Conditioning And Refrigera
1932 Surgi Drive
Mandeville, LA 70448


C T Corporation  System
PO Box 4349
Carol Stream, IL 60197-4349


Campo Better Living
3000 Clearview Pkwy
Metairie, LA 70006
```

Caprock Waste
A Waste Connections Company
PO Box 679859
Dallas, TX 75267-9859


Captec Financial Holding Corp
610 Cima Vista Lane
Montecito, CA 93108


Captec Financial Holding Corp
24 Frank Lloyd Wright Drive
Lobby L 4th Floor
Ann Arbor, MI 48106


CAPTEC Financial Holdings Corp.
335 East Boston St
Covington, LA 70433


Carver Darden Koretzky Tessier Finn Blos
1100 Poydras St Ste 3100
New Orleans, LA 70163


Centerpoint Energy
PO Box 4981
Houston, TX 77210-4981


Central On Line Security
2216 Canyon Drive
Amarillo, TX 79109


Chad Williams Plumbing
379 North Ridge Rd
Soso, MS 39480


Champion Energy, LLC
PO Box 787626
Philadelphia, PA 19178-7626


Charter Communications
PO Box 94188
Palatine, IL 60094-4188


Chicago Metropolitan Fire Corp
820 North Addison Avenue
Elmhurst, IL 60126

Chris Nicholopoulos
8901 Oleander Avenue
Morton Grove, IL 60053

Christina Mcmurray
Tax Assessor / Collector
PO Box 997
Canyon, TX 79015-0997

Circle A Maintenance
7970 Machost Road
Zachary, LA 70791

City of Amarillo
Attn Enviromental Health Dept
PO Box 1971
Amarillo, TX 79105-1971

City of Amarillo
Utility Building Department
PO Box 100
Amarillo, TX 79105-0100

City of Amarillo
Environmental Health Dept
PO Box 1971
Amarillo, TX 79105

City of Covington
PO Box 4057
Covington, LA 70434

City of Crystal Lake
PO Box 6791
Carol Stream, IL 60197-6791

City of Crystal Lake Fire
100 W Woodstock Street
Crystal Lake, IL 60014-4212

City of Des Plaines
1420 Minor Street
Des Plaines, IL 60016

City of Elmhurst
209 North York Street
Elmhurst, IL 60126

City of Kenner
Dept of Inspection & Code Enfo
1926 18th Street
Kenner, LA 70062

City of Kenner
1610 Reverend Wilson Dr
Kenner, LA 70062

City of Laurel
City Clerks Office
PO Box 647
Laurel, MS 39441

City of Laurel Public Utility
401 Fifth Avenue
Laurel, MS 39440

City of Lubbock Utilities
P O Box 10541
Lubbock, TX 79408-3541

City of North Chicago
1850 Lewis Avenue
North Chicago, IL 60064-2098

City of Petal
PO Box 405
Petal, MS 39465

City of Petal
119 W. Eight Avenue
Petal, MS 39465

City of Rolling Meadows
3600 Kirchoff Road
Rolling Meadows, IL 60008

City of Slidell
PO Box 828
Slidell, LA 70459

City of Slidell Occupational License
2045 Second St Ste 214
Slidell, LA 70459

City of Walker
PO Box 217
Walker, LA 70785-0217

Clear Springs Water Company
PO Box11037
New Iberia, LA 70562

Cleco Power LLC
PO Box 660228
Dallas, TX 75266-0228

Coast To Coast
4277 Valley Fair St
Simi Valley, CA 93063

Coca-Cola Financial Corporatio
Suntrust Bank 102818
100 South Crest Drive
Stockbridge, GA 30281

Coca-Cola North America
PO Box 102703
Atlanta800-638-1985, GA 30368

Comcast
PO Box 4928 Oak
Brook, IL 60522-4928

Comcast
PO Box 37601
Philadelphia, PA 19101-0601

Comed
PO Box 6111
Carol Stream, IL 60197-6111

Computer Repairman, LLC
1822 N Sheffield Ave Unit #2A
Chicago, IL 60614

```
Cook County Treasurer
PO Box 805438
Chicago, IL 60680-4116


Core Air LLC
PO Box 2016
Houma, LA 70361


Core Air LLC
117 St Louis Street
Houma, LA 70364


Cox  Business
PO Box 919292
Dallas, TX 75391-9292


Crossroads Services Inc
234 South Lindberg Street
Griffith, IN 46319


Darlin Ingredients
3000 Wireton Road
Blue Island, IL 60406


David Anson & Renae Lee Jacobs
8500 Wilshire Blvd #800
Beverly Hills, CA 90211


Deep South Refrigeration Co Inc
4520 Conti St
New Orleans, LA 70119


Delbert W Dearman
Forrest Co Tax Collector
PO Box 1689
Hattiesburg, MS 39403


Dempster-Halem Venture
c/o Medallion Properties
10805 S Halsted Street
Chicago, IL 60628


Dixie Electric Power
PO Box 88
Laurel, MS 39441-0088
```

Donald C. Moore
335 East Boston St
Covington, LA 70433

Donald C. Moore Investments Inc
c/o Donald C. Moore
412 Dummyline Road
Madisonville, LA 70447

Donald C. Moore Investments, Inc.
335 East Boston St
Covington, LA 70433

Douglas Cook Enterprises LLC
121 Zinnia Avenue
Metairie, LA 70001

Du Page County Collector
PO Box 4203
Carol Stream, IL 60197

DuPage County Clerk
421 N County Farm Road
Wheaton, IL 60187

Dupage County Health Dept
Environmental Health Services
111 North County Farm Rd
Wheaton, IL 60187

Ecolab Inc
24198 Network Place
Chicago, IL 60673-1241

Ecolab Inc
PO Box 70343
Chicago, IL 60673

Edna Moody
360 Quinobequin Road
Newton, MA 02468

Edward Summers
6043 West Robin Lane
Glendale, AZ 85310

```
Elfi Kalvig & Diane Wachs
c/o Elfi Kalvig
PO Box 704
Woodland, WA 98674


Elizabeth Haight Moore
412 Dummyline Road
Madisonville, LA 70447


Employers Assurance Co
PO Box 842111
Los Angeles, CA 90084-2111


Employers Preferred Ins Co
PO Box 842110
Los Angeles, CA 90084-2110


Empower Retirement
PO Box 173764
Denver, CO 80217-3764


Entergy
PO Box 8108
Baton Rouge, LA 70891-8108


Environmental Health Services
Attention Accounting
PO Box 2000
Lubbock, TX 79457


Environmental Solutions LLC
6068 Us Hwy 98 W Ste 1-227
Hattiesburg, MS 39402


Envirotex Cleaning & Janitorial
PO Box 16129
Lubbock, TX 79490


Ernest Summers III
2711 Elbridge Way
Long Beach, IN 46360
```

Ernst & Young LLP
Wells Fargo Bank Na
PO Box 933514
Atlanta, GA 31193-3514

Extreme Reach Inc
PO Box 7410112
Chicago, IL 60674-0112

Fedex
PO Box 660481
Dallas, TX 75266-0481

Finance Department
City of Rolling Meadows
3600 Kirchoff Road
Rolling Meadows, IL 60008-2498

Finance Department- Village of Niles
1000 Civic Center Drive
Niles, IL 60714

Fire & Safety Commodities
245 Woodland Drive
Laplace, LA 70068

First Citizens Bank & Trust Company
10201 Centurion Parkway N, #100
Jacksonville, FL 32256

First Citizens Bank & Trust Company
PO Box 550599
Jacksonville, FL 32255-0599

First Franchise Bank
c/o Lisa Youger
255 E. 5th St Ste 700
Cincinnati, OH 45202

FiServ Inc
Attn Jess Weiss
600 N Vel R Phillips Ave
Milwaukee, WI 53203

Fit First Technologies International Inc
1135 Terminal Way  Ste 209
Reno, NV 89502


Food Service Solutions Inc
1184 Flex  Court
Lake Zurich, IL 60047


Forrest County Mississippi
Assessor 601 N Main St
Hattiesburg, MS 39401


Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL 60123


G A G Industries Dbafilter Inc
25 Howard Avenue
Des Plaines, IL 60018


Glenn K. Schreiber
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130


Graci Hart Electric LLC
1720 Orpheum Avenue
Metairie, LA 70005


Groot Industries Inc
PO Box  535233
Pittsburgh, PA 15243-5233


Hambrick & Associates Inc
10440 Deer Chase Avenue
Orland Park, IL 60467


Hanover Insurance Group
PO Box 580045
Charlitte, NC 28258


Harvey Les
6157 Shadyglade Avenue
North Hollywood, CA 91606

Headrick Signs & Graphics Inc
One Freedom Square
Laurel, MS 39440


Heritage Food Service Grou Inc
PO Box 71595
Chicago, IL 60694


Hermitage National Accounts
3640 Trousdale Dr
Nashville, TN 37204


Hi Plains Canvas Products Inc
6337 Canyon Drive
Amarillo, TX 79110


Highland Glass Inc
8020 Kennedy Avenue
Highland, IN 46322


Highland Utilities Dept
3333 Ridge Road
Highland, IN 46322


HME Electronics Inc
PO Box 208713
Dallas, TX 75320-8713


Hobart Sanitary District
PO Box 200C
Hobart, IN 46342-0397


Honors Real Estate LLC
c/o Don and Liz Moore
412 Dummyline Road
Madisonville, LA 70447


Host Communications, LLC
644 Bateleur Way
Covington, LA 70435


Hub International Florida Corp
1560 Orange Ave Ste 750
Winter Park, FL 32789

Hux Air Conditioning LLC
127 Hux Hill
Mendenhall, MS 39114


I Shred
PO Box 4058
Covington, LA 70434


Illinois Department of Revenue
PO Box 19030
Springfield, IL 62794-9053


Imperial Exterminating Inc
1921 Jefferson Hwy
New Orleans, LA 70121


Indiana Department of Revenue
PO Box 6032
Indianapolis, IN 46206-6032


Indiana Department of Revenue
P.O. Box 6077
Indianapolis, IN 46206-6077


Indiana Department of Revenue
100 N Senate Ave
Indianapolis, IN 46204-2253


Indiana Dept of Workforce
PO Bx 7221
Indianapolis, IN 46207


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
PO Box 730223
Dallas, TX 75373-0223


Iris Associated LP
28 Kennedy Blvd Ste 800
East Brunswick, NJ 08816

Ja-Roy Pest Control
18211 Branch Crossing Dr
Covington, LA 70435


James F Place Family Trust
c/o James Place
PO Box 65185
San Antonio, TX 78265


Janana LLC
1100 Poydras Street #1900
Morgan Stanley c/o M Kreeger
New Orleans, LA 70163


Jay Young Plumbing Heating and Air
PO Box 94013
Lubbock, TX 79493


Jefferson Parish Dept of Water
PO Box 10007
Jefferson, LA 70181-0007


Jefferson Parish Sheriff's Office
Bureau of Revenue and Taxation
PO Box 248
Gretna, LA 70054-0248


Jeromy Dawson Electric
PO Box 631
Brownfield, TX 79316


John C Leigeber
422 Kristine's Way
Harleysville, PA 19438


Johnson and Johnson Preferred Financing
PO Box 26009
Greensboro, NC 27420


Johnson Controls Security
PO Box 371967
Pittsburg, PA 15250-7967

Jones County Tax Collector
PO Box 511
Laurel, MS 39441


Joshua Foster CPA
38 Tradewinds Court Suite E
Mandeville, LA 70448


KCBD
PO Box 14200
Tallahassee, FL 32317


Kentwood Springs
PO Box 660579
Dallas, TX 75266-0579


Kirk Three LLC
19 E Mission St Ste B
Santa Barbara, CA 93101


Lake County
Department of Public Works
PO Box 547
Bedford Park, IL 60499-0547


Lake County Clerk
Tax Redemption Dept
18 N County St  6th Floor
Waukegan, IL 60085


Lake County Collector
18 N County St Room 102
Waukegan, IL 60085


Lake County Health Department
Attn Food Division
2900 W 93rd Avenue
Crown Point, IN 46307


Lake County Health Dept
2nd Floor- Business Office
3010 Grand Avenue
Waukegan, IL 60085-2331

Lake County Treasurer
2293 N Main Street
Crown Point, IN 46307-1896

Lane & Mcclain Distributors Inc
PO Box 566666
Dallas, TX 75356-6666

Lee Enterprises Inc
PO Box 6035
Carol Stream, IL 60197

Lentz Roofing Company
PO Box 832
Pittsburg, TX 75686

Liberty Locksmith New Orleans Inc
3110 Canal St #D
New Orleans, LA 70119

Liberty Self Storage
1438 North Causeway Approach
Mandeville, LA 70471

Livingston Parish Assessor
20400 Government Blvd
Livingston, LA 70754

Livingston Parish Public School System
PO Box 1030
Livingston, LA 70754

Livingston Parish Sheriff's Office
PO Box 370
Livingston, LA 70754

Lofton E Fairchild II
dba-Elite Air-Systems LLC
PO Box 19625
New Orleans, LA 70179

Lonestar Logo Management LLC
3701 Bee Caves Rd Ste 101
Austin, TX 78746

Louisana Citizens Property Ins Corp
Dept 2444
PO Box 11407
Birmingham, AL 35246-2444

Louisiana Department of Health
520 Old Spanish Trail Ste 2a
Slidell, LA 70458

Louisiana Department of Health
Ldh-Oph Engineering Safe Water
PO Box 4489
Baton Rouge, LA 70821-4489

Louisiana Department of Health OPH
PO Box 4489
Baton Rouge, LA 70821

Louisiana Department of Labor
PO Box 94050
Baton Rouge, LA 70821

Louisiana Dept of Revenue
PO Box 3138
Baton Rouge, LA 70821-3138

Louisiana Interstate Logos LLC
6696 Exchequer Dr
Baton Rouge, LA 70809

Louisiana Workforce Commission
Labor Programs/ Debra Larocca
1001 North 23rd St
Baton Rouge, LA 70802

Lubbock Central Appraisal Dist
PO Box 10568 2109 Ave Q
Lubbock, TX 79408-3568

Lubbock Commercial Buildings
Attn Don or Ted Rushing
2737 82nd St
Lubbock, TX 79423

Lubbock Lock And Key
2434 34th Street
Lubbock, TX 79411

Mail Finance Inc D/B/A
Dept 3682
PO Box 123682
Dallas, TX 75312-3682

Marcotte's Air Heat & Refrigeration LLC
PO Box 325
Ponchatoula, LA 70454

Marketplace Chaplains
2001 W Plano Pkwy Ste 3200
Plano, TX 75075

Marty's Lock And Security Co Inc
2612 West Thomas St
Hammond, LA 70401

Mavro-Windsor AR TX LLC
Frank Mavronicolas
4185 SE Centerboard Lane
Stuart, FL 34997

Mchenry County Collector
2200 N Seminary Avenue
Woodstock, IL 60098

Mchenry County Dept of Health
2200 North Seminary Avenue
Woodstock, IL 60098

Mclane Food Service Inc
P O Box 847535
Dallas, TX 75284-7535

Mele Printing Company LLC
619 North Tyler Street
Covington, LA 70433

Merrilville Conservancy DIS
6250 Broadway
Merrillville, IN 46410

Midwest Equipment Co
2511 Cassens Drive
Fenton, MO 63026


Millco Acquisition Company
335 East Boston St
Covington, LA 70433


Miller AR TX Management LLC
Attn Steve Rubin
198 Clubhouse Circle
Melville, NY 11747


Millie's Bakeries
Aka Perfection Bakeries
PO Box 8300
Carol Stream, IL 60197-8300


Mississippi Dept of Revenue
PO Box 1033
Jackson, MS 39215-1033


Mouton Long Turner Architects
601 Papworth Avenue
Metarie, LA 70005


MRV Architects Inc
51050 Tollview Dr Ste 201
Rolling Meadows, IL 60008


MRX Services LLC
12745 Landon Dr
Walker, LA 70785


Much Shelist
8477 Solution Center
Chicago, IL 60677


Nadg Nnn Arb II LP
North American Develop Group
3131 Mckinney Avenue, Suite L10
Dallas, TX 75204

New Orleans Grease Trap Cleaning
Baton Rouge Grease Trap Cleaning
3436 Magazine St #220
New Orleans, LA 70115


Nicholas Ventures LP
c/o Tom Nicholopoulos
8901 Oleander Ave
Morton Grove, IL 60053-1921


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


Nipsco
PO Box 13007
Merrillville, IN 46411-3007


North Shore Gas
PO Box 6050
Carol Stream, IL 60197-6050


North Shore Sanitary District
PO Box 2140
Bedford Park, IL 60499-2140


Northwestern Engineering
Consultants PC
675 N North Court Ste 160
Palatine, IL 60067


Office Market Inc
68486 Hwy 59
Mandeville, LA 70471


Orkin of Hattiesburg
PO Box 5369
Abita Springs, LA 70420


Page Baldwin Jr Trstee of The Page Baldw
Separate Property Trust 7/9/08
PO Box 387
Rio Vista, CA 94571

Pat Powers Electrical LLC
PO Box 4051
Laurel, MS 39441


Patrick Beach
Captec Financial Holding Corp
PO Box 19000
Avon, CO 81620


Paul O Parker & Ruth Ann Park Fmly Trust
c/o Paul O Parker
136 Dandelion Way
Montergomery, TX 77316-2980


Pawnee Leasing Corporation
3801 Automation Way Ste 207
Fort Collins, CO 80525


Pawnee Leasing Corporation
7037 Fly Road
E. Syracuse, NY 13057


Pb Parent Holdco LP
Pyr Baker Fire & Safety LLC
PO Box 735358
Dallas, TX 75373-5358


Peak Franchise Capital LLC
4100 Spring Valley Rd  Ste 535
Dallas, TX 75244


Pelican Lawn And Landscape
21245 Oswald Road
Covington, LA 70435


PEP
302 W 3rd St Ste 900
Cincinnati, OH 45202


Placer Labs Inc
440 N Barranca  Ave #1277
Covina, CA 91723

POS Credit Corporation
Attn Paul Casinelli
7037 Fly Rd
East Syracuse, NY 13057


Potter County
Potter County Tax Assessor
PO Box 2289
Amarillo, TX 79108-2289


Potter-Randall Counties TX
Assessor
501 16th St Ste 200
Canyon, TX 79015


Powerhouse Dynamics LLC
101 Federal St Ste 1900
Boston, MA 02110


Principal Financial Group
PO Box 9394
Des Moines, IA 50306-9394


Prj Contracting Inc
PO Box 1088
Pearl River, LA 70452


Pye Barker Fire & Safety, LLC
2102 Sandy Lane
Laurel, MS 39440


Pye-Barker Fire & Safety
PO Box 735358
Dallas, TX 75373-5358


Quadient Leasing Usa, Inc
PO Box 123682
Dept 3682
Dallas, TX 75312


Quikserv Corp
11441 Brittmoore Park Dr
Houston, TX 77041

R F Technologies Inc
PO Box 142
Bethalto, IL 62010-1818


R&P Restaurant Service, Inc
324 N. 325 E
Valparaiso, IN 46383


Rachelle Albright
Albright Management Strategies
234 Beverly Drive
Metairie, LA 70001


Rd Investment Partners I LP
2146 Roswell Road
Suite 108  #911
Marietta, GA 30062


Reliance Standard Life Ins Company
PO Box 650804
Dallas, TX 75265


Reliance Standard Life Insurance Company
PO Box 3124
Southeastern, PA 19398


Reliant Energy Retail Services LLC
PO Box 650475
Dallas, TX 75265


Republic Services #551
PO Box 9001154
Louisiville, KY 40290-1154


Republic Services #715
PO Box 9001099
Louisville, KY 40290-1099


Republic Services #991
PO Box 9001099
Louisville, KY 40290-1099


Retail Data System Inc
101 West 76th Street
Davenport, IA 52806

Retail Data Systems Inc
1998 Ohio St Ste 300
Lisle, IL 60532

Retail Valuation Services LLC
PO Box 2384
Roswell, GA 30077

River Parish Disposal LLC
PO Box 10482
New Orleans, LA 70003

Robert & Son Inc
1838 Montemar Way
San Jose, CA 95125

Robert Miller
5215 Old Orchard Rd Ste 130
Skokie, IL 60077

Roger C Kline CPA
5808 South Rapp  Ste  105
Littleton, CO 80120

Rose Import Equipment Inc
1057 E Imperial Hwy Ste 228
Placentia, CA 92870

Ruby Enterprises LLC
835 Canal St Ste 2950
New Orleans, LA 70112

S & W Payroll Services
D/B/A Netchex
8000 Amryland Avenue
Clayton, MO 63105

Safeguard Business Systems Inc
PO Box 88043
Chicago, IL 60680-1043

Sanpolo Holdings Inc
495 Mariposa Drive
Ventura, CA 93001

Santos Mendoza Stucco LLC
20378 Hwy 36 Trlr 512
Covington, LA 70433


Sarnoff & Baccash
100 North Lasalle St 10th Floor
Chicago, IL 60602


SBA EIDL
PO Box 3918
Portland, OR 97208-3918


Schwegman Family Trust #2
6125 Bellairie Drive
New Orleans, LA 70124


Seating Concepts Inc
125 Connell Avenue
Rockdale, IL 60436


Selective Insurance
PO Box 782747
Philadelphia, PA 19178


Shreiner Home Comfort  Dba
1-800 Plumber Texas Panhandle
513 Ross St
Amarillo, TX 79120


Sicom System Inc
PO Box  930157
Atlanta, GA 31193


Siemer Heating & Cooling Inc
400 Kennedy Avenue
Schererville, IN 46375


Simpatico Systems LLC
8101 Viola Avenue
Lubbock, TX 79424


Smithereen Pest Mgmt Service
7400 N Melvina Avenue
Niles, IL 60714

Smj Plumbing Repair LLC
PO Box 1226
Pearl River, LA 70452


South Plains Electric Coop
PO Box 1830
Lubbock, TX 79408


Southern Glass LLC
21029 Hwy 36
Covington, LA 70433


Spire
PO Box 932299
Atlanta, GA 31193-2299


St Tammany Parish Sheriffs Office
701 N Columbia St RM b-10102
Covington, LA 70433


Stranco Solid Waste Mgmtco LLC
70459 Hwy 59
Abita Springs, LA 70420


Stratus Building Solutions
4430 S. 1-10 Service Road W #101
Metairie, LA 70001


Summit Fire & Security
4611 Tradewind Street
Amarillo, TX 79118


Sunny Time LLC
361 Black River Drive
Madisonville, LA 70447


Sygma Corporate
5550 Blazer Parkway Ste 300
Dublin, OH 43017


Sygma Network
5620 Rittiman Plaza
San Antonio, TX 78218

T Sonis Law
11 E Adams St Ste 1106
Chicago, IL 60603

T-Mobile
PO Box 742596
Cincinnati, OH 45274

Tactical Heating and Air
2405 SW 6th
Amarillo, TX 79106

Talx Ucm Services Inc
4076 Paysphere Circle
Chicago, IL 60674

Tax Collector St Tammany Parish
PO Box 1189
Slidell, LA 70459-1189

Telecom Concepts
3433 Hwy 190 Suite 107
Mandeville, LA 70471

Terracon Consultants Inc
PO Box 959673
St Louis, MO 63195

Texas Comptroller Public Accts
Franchise Tax Dept
PO Box 149348
Austin, TX 78714-9348

Texas Department of Revenue
PO Box 13528
Austin, TX 78711-3528

Texas Department of Revenue
Lyndon B Johnson Bldg 111 E 17th St
Austin, TX 78774

Texas Workforce Commission
PO Box 149037
Austin, TX 78714

TFG  LLC
4633 Sanford Street
Metairie, LA 70006


The Borges Family Trust
3228 E 1st Street
Long Beach, CA 90803


The Deville Group of Companies Inc
c/o Liza Thomas
2146 Roswell Rd Ste 108 #911
Marietta, GA 30062


The Howard Company, Inc
1375  North Baker Road
Brookfield, WI 53045


The Shipping Post
427 N Thread St
Covington, LA 70433


Toaster Connection
5 South Lewis Street
Metter, GA 30439


Town of Highland
3333 Ridge Road
Highland, IN 46322


Town of Munster
Business Registration
1005 Ridge Rd
Munster, IN 46321-1849


Town of Munster
Utilities Department
1005 Ridge Rd
Munster, IN 46321-1895


Town of Schererville
10 East Joliet Street
Schererviille, IN 46375

Travelers Flood Insurance
PO Box 660317
Dallas, TX 75266-0317


Tri-Electronics, Inc
6231 Calumet Avenue
Hammond, IN 46324


Triad Service Center Inc.
4550 40th Street SE
Kentwood, MI 49512


Tribune Publishing Co LLC /Chicago Tribu
PO Box 8029
Willoughby, OH 44096


United States Attorney's Office
Executive Office for United States Attor
950 Pennsylvania Ave, NW, Room 2242
Washington, DC 20530-0001


US Attorney for ED LA Bankruptcy
650 Poydras St Ste 1600
New Orleans, LA 70130


US Small Business Administration
Cesc Servicing Center
1545 Hawkins Blvd Ste 202
El Paso, TX 79925-2652


Vereit Operating Partnership LP
PO Box 103127
Pasadena, CA 91189-3127


Verge Glass Solutions LLC
915 Morriston Rd
Petal, MS 39465


Vexus Fiber
PO Box 5001
Sioux Falls, SD 57117


Village of Grayslake
10 S Seymour
Grayslake, IL 60030

Village of Niles
Community Development
1000 Civic Center Drive
Niles, IL 60714


Village of Niles Finance Dept
1000 Civic Center Drive
Niles, IL 60714


Village of Round Lake Beach
Economic Developement Dept
1937 Municipal Way
Round Lake Beach, IL 60073


Village of Round Lake Beach
PO Box 7603
Carol Stream, IL 60197-7603


Washington St Tammany Electric Corp Inc
2081 E Gause Blvd
Slidell, LA 70461


Watkins Construction, Incorporated
218 Wheatley Street
Ridgeland, MS 39157


WDSU
846 Howard Avenue
New Orleans, LA 70113


Wolf Investment & Properties LLC
1000 W Esplanade LLC
125 N Halsted St #203
Chicago, IL 60661


Woodvine Partners LLC
c/o Carver Darden et al
1100 Poydras St Ste 3100
New Orleans, LA 70163


Woodvine Partners LLC
Terry Ross Manager
316 Woodvine Avenue
Metairie, LA 70005

WVUE
PO Box 14200
Tallahassee, FL 32317

WWL
PO Box 637386
Cincinnati, OH 45263-7386

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477

Xenial Inc
PO Box 930157
Atlanta, GA 31193-0157

Yates Lawncare Services LLC
PO Box 2382
Laurel, MS 39442

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   Miracle Restaurant Group LLC                                     Case No. _____

Debtor(s)                                    Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Miracle Restaurant Group LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Donald C. Moore Investments, Inc.
335 East Boston St
Covington, LA 70433

Millco Acquisition Company
335 East Boston St
Covington, LA 70433

☐ None [*Check if applicable*]

June 20, 2024                                          /s/ Douglas S. Draper

Date                                                  Douglas S. Draper 5073
                                                      Signature of Attorney or Litigant
                                                      Counsel for   Miracle Restaurant Group LLC
                                                      Heller, Draper & Horn, LLC
                                                      650 Poydras Street
                                                      Suite 2500
                                                      New Orleans, LA 70130
                                                      504-299-3300 Fax:504-299-3399
                                                      ddraper@hellerdraper.com