IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**MIRACLE RESTAURANT GROUP, LLC**<br><br>Debtor | Chapter 11<br><br>Case No. 24-11158<br><br>Subchapter V |

**IRIS ASSOCIATES L.P.'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S PLAN OF REORGANIZATION UNDER SUBCHAPTER V DATED SEPTEMBER 18, 2024 [Ref. Doc. 169]**

Iris Associates L.P. ("*Iris Associates*"), through undersigned counsel, respectfully files this objection ("*Objection*") to the ***Plan of Reorganization Under Subchapter V Dated September 18, 2024** [D.I. 169]* (the "**Plan**") filed by the Debtor, Miracle Restaurant Group, LLC ("***Debtor***" or "***Miracle Group***"). The Plan proposes impermissible third-party releases in violation of the Bankruptcy Code (11 U.S.C. §524), and for this reason, confirmation of the Plan should be denied.

Iris Associates is an unsecured creditor in the Bankruptcy and retains potential tort claims against at least one of the Debtor's officers and/or directors. The Plan proposes broad third-party release to parties other than the Debtor, including but not limited to, the Debtor's guarantors, insiders, officers, directors, and employees. *See* D.I. 169, Plan, Article X, p. 22.

On June 27, 2024, the U.S. Supreme Court ruled in *Harrington v. Purdue Pharma L.P.*, 144 S.Ct. 2071, that bankruptcy courts do not have the authority to release creditors' claims against non-debtors without the creditors' consent. Prior to that decision, the Fifth Circuit had also, repeatedly, found that bankruptcy courts did not have the power under Section 524 to allow non-consensual releases granted to non-debtor parties. *In re Pacific Lumber Co.*, 584 F.3d 229, 252 (5th Cir. 2009); *In re Coho Resources, Inc.*, 345 F.3d 338, 342 (5th Cir. 2003); *Hall v. National*

*Gypsum Co.*, 105 F.3d 225, 229 (5th Cir.1997); *Matter of Edgeworth*, 993 F.2d 51, 53–54 (5th Cir.1993); *Feld v.Zale Corporation*, 62 F.3d 746 (5th Cir.1995).

**WHEREFORE**, Iris Associates requests this Court enter an order sustaining its objection and denying confirmation of the Plan, or, alternatively, confirming the Plan only upon such modifications sufficient to address this objection.

        Submitted by:

        */s/ Alicia M. Bendana*
        ALICIA M. BENDANA (#21472)
        JENNIFER E. BARRIERE (#34435)
        LUGENBUHL, WHEATON, PECK,
         RANKIN & HUBBARD
        601 Poydras St., Ste. 2775
        New Orleans, Louisiana 70130
        Telephone: (504) 568-1990
        Facsimile: (504) 310-9195
        Email: abendana@lawla.com
              jbarriere@lawla.com

        *Counsel for Iris Associates, L.P.*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon Debtor in Possession, through its counsel, Douglas S. Draper (ddraper@hellerdraper.com), Leslie A. Collins (lcollins@hellerdraper.com), Greta M. Brouphy (gbrouphy@hellerdraper.com), and Michael E. Landis (mlandis@hellerdraper.com), via email, on this 25th day of September 2024. I further certify that a copy of the above and foregoing has been served upon the parties that receive electronic notice via the Court's CM/ECF system (listed below), on this 25th day of September 2024.

        */s/ Alicia M. Bendana*
        ALICIA M. BENDANA

Alberta Adams on behalf of Interested Party The Travelers Indemnity Company
aadams@pdtlegal.com

H. Kent Aguillard on behalf of Creditor Mavro-Windsor AR TX LLC
kent@aguillardlaw.com, gina@aguillardlaw.com

H. Kent Aguillard on behalf of Creditor Miller AR TX Management LLC
kent@aguillardlaw.com, gina@aguillardlaw.com

Jennifer Barriere on behalf of Creditor Iris Associates, LP
jbarriere@lawla.com

Alicia M. Bendana on behalf of Creditor Iris Associates, LP
abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com

Kennedy Bodnarek on behalf of Creditor McLane Foodservice, Inc.
kennedy.bodnarek@alston.com

Joseph Patrick Briggett on behalf of Creditor B&B Developers, LLC
jbriggett@bakerdonelson.com

Greta M. Brouphy on behalf of Debtor Miracle Restaurant Group LLC
gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

Jeffrey M. Burmaster on behalf of Creditor First Franchise Capital Corporation
jburmaster@kingkrebs.com

Christopher T. Caplinger on behalf of Interested Party Robert & Son Inc.
ccaplinger@lawla.com, mlopez@lawla.com

Rudy J. Cerone on behalf of Creditor David Anson
rcerone@mcglinchey.com, lgraff@mcglinchey.com

Rudy J. Cerone on behalf of Creditor Renae Jacobs
rcerone@mcglinchey.com, lgraff@mcglinchey.com

William G. Cherbonnier, Jr. on behalf of Creditor Iris Associates, LP
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

Richard Crohan on behalf of Creditor Arbys Franchisor, LLC
blake.crohan@alston.com

Richard Crohan on behalf of Creditor McLane Foodservice, Inc.
blake.crohan@alston.com

Douglas S. Draper on behalf of Debtor Miracle Restaurant Group LLC
ddraper@hellerdraper.com, vgamble@hellerdraper.com

William T. Finn on behalf of Creditor Woodvine Partners, LLC
finn@carverdarden.com

Patrick S. Garrity on behalf of Creditor 1000 W Esplanade, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor 1616 E. Lake Mead, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor Kirk Three, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor Harvey Les
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Douglas J. Harris on behalf of Creditor Arbys Franchisor, LLC
douglas.harris@alston.com

Jeffrey M Hendricks on behalf of Creditor First Franchise Capital Corporation
jhendricks@brickergraydon.com

Evan Park Howell, III on behalf of Creditor Janana, L.L.C.
ehowell@ephlaw.com

Michael E. Landis on behalf of Debtor Miracle Restaurant Group LLC
mlandis@hellerdraper.com, Vgamble@hellerdraper.com

Leib M Lerner on behalf of Creditor Arbys Franchisor, LLC
leib.lerner@alston.com

Robert L. Marrero on behalf of Creditor Douglas Cook Enterprises, LLC
office@bobmarrero.com, robert@bobmarrero.com;Marrero.RobertR106702@notify.bestcase.com

Laura J Monroe on behalf of Creditor Lubbock Central Appraisal District
lmbkr@pbfcm.com

Dwayne M. Murray
dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net

Glenn K. Schreiber on behalf of Creditor Small Business Administration
glenn.schreiber@usdoj.gov,
bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

David F. Waguespack on behalf of Creditor Woodvine Partners, LLC
waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com