IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**MIRACLE RESTAURANT GROUP, LLC**<br><br>Debtor | Chapter 11<br><br>Case No. 24-11158<br><br>Subchapter V |

### IRIS ASSOCIATES L.P.'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION UNDER SUBCHAPTER V DATED FEBRUARY 18, 2025 [Ref. Doc. 250]

NOW COMES Iris Associates L.P. ("*Iris Associates*") and respectfully files this objection ("***Objection***") to the **Second *Amended Plan of Reorganization Under Subchapter V Dated February 18, 2025*** [D.I. 250] (the "**Amended *Plan***") filed by the Debtor, Miracle Restaurant Group, LLC ("***Debtor***" or "***Miracle Group***").

The Debtor's Amended Plan still proposes impermissible third-party releases in violation of the Bankruptcy Code (11 U.S.C. §524), and for this reason, confirmation of the Amended Plan should be denied.[1]

Iris Associates is an unsecured creditor in the Bankruptcy and retains potential tort claims against at least one of the Debtor's insiders, officers, and/or directors. The Amended Plan still proposes broad third-party releases to parties other than the Debtor, including but not limited to, any "any guarantor, insider, officer, director, employee or interest holder" of the Debtor. *See* D.I. 250, Amended Plan, Article X, p. 22.

On June 27, 2024, the U.S. Supreme Court ruled in *Harrington v. Purdue Pharma L.P.*, 144 S.Ct. 2071, that bankruptcy courts do not have the authority to release creditors'

---

[1] On September 25, 2024, Iris Associates filed an Objection [D.I. 175] to the Debtor's original reorganization plan [D.I. 169] for the same reasons Iris objects to the Debtor's Amended Plan.

claims against non-debtors without the creditors' consent. Prior to that decision, the Fifth Circuit had also, repeatedly, found that bankruptcy courts did not have the power under Section 524 to allow non-consensual releases granted to non-debtor parties. *In re Pacific Lumber Co.*, 584 F.3d 229, 252 (5th Cir. 2009); *In re Coho Resources, Inc.*, 345 F.3d 338, 342 (5th Cir. 2003); *Hall v. National Gypsum Co.*, 105 F.3d 225, 229 (5th Cir.1997); *Matter of Edgeworth*, 993 F.2d 51, 53–54 (5th Cir.1993); *Feld v. Zale Corporation*, 62 F.3d 746 (5th Cir.1995).

**WHEREFORE**, Iris Associates requests this Court enter an order sustaining its objection and denying confirmation of the Amended Plan, or, alternatively, confirming the Amended Plan only upon such modifications sufficient to address this objection.

Respectfully Submitted, this 26th day of February, 2025,



/s/ David L. Browne
_____
David L. Browne (Bar No. 20729)
Cynthia M. Cimino (Bar No. 30874)
3330 West Esplanade Avenue - Suite 302
 *(Deliveries to Suite 301)*
Metairie, Louisiana 70002
Ph: (504) 648-0171
Fax: (504) 285-4093
Email: dbrowne@brownelaw.com
            ccimino@brownelaw.com

*Counsel for Iris Associates, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, a true and correct copy of the foregoing was served upon Debtor in Possession, through its counsel, Douglas Draper (ddraper@hellerdraper.com), Leslie Collins (lcollins@hellerdraper.com), Greta Brouphy (gbrouphy@hellerdraper.com), and Michael Landis (mlandis@hellerdraper.com), via email. I further certify that on February 26, 2025, a copy of the above and foregoing has been served upon the parties that receive electronic notice via the Court's CM/ECF system (listed below).

David L. Browne

Alberta Adams on behalf of Interested Party The Travelers Indemnity Company
aadams@pdtlegal.com

H. Kent Aguillard on behalf of Creditor Mavro-Windsor AR TX LLC
kent@aguillardlaw.com, gina@aguillardlaw.com

H. Kent Aguillard on behalf of Creditor Miller AR TX Management LLC
kent@aguillardlaw.com, gina@aguillardlaw.com

Kennedy Bodnarek on behalf of Creditor McLane Foodservice, Inc.
kennedy.bodnarek@alston.com

Joseph Patrick Briggett on behalf of Creditor B&B Developers, LLC
jbriggett@bakerdonelson.com

Greta M. Brouphy on behalf of Debtor Miracle Restaurant Group LLC
gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

David Browne on behalf of Creditor Iris Associates, LP
dbrowne@brownelaw.com

Jeffrey M. Burmaster on behalf of Creditor First Franchise Capital Corporation
jburmaster@kingkrebs.com

Christopher T. Caplinger on behalf of Interested Party Robert & Son Inc.
ccaplinger@lawla.com, mlopez@lawla.com

Donald G. Cassels, III on behalf of Creditor Schwegmann Family Trust #2
donald.cassels@wilsonelser.com

3

Rudy J. Cerone on behalf of Creditor David Anson
rcerone@mcglinchey.com, lgraff@mcglinchey.com

Rudy J. Cerone on behalf of Creditor Renae Jacobs
rcerone@mcglinchey.com, lgraff@mcglinchey.com

Scott R. Cheatham on behalf of Creditor Edna Sue Moody
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Edward Summers
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Ernest Summers, III
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor John C. Leigeber
scott.cheatham@arlaw.com

William G. Cherbonnier, Jr. on behalf of Creditor Iris Associates, LP
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

Cynthia Cimino on behalf of Creditor Iris Associates, LP
cynthiamcimino@gmail.com, ccimino@brownelaw.com

Richard Crohan on behalf of Creditor Arbys Franchisor, LLC
blake.crohan@alston.com

Richard Crohan on behalf of Creditor McLane Foodservice, Inc.
blake.crohan@alston.com

Douglas S. Draper on behalf of Debtor Miracle Restaurant Group LLC
ddraper@hellerdraper.com, vgamble@hellerdraper.com

William T. Finn on behalf of Creditor Woodvine Partners, LLC
finn@carverdarden.com

Patrick S. Garrity on behalf of Creditor 1000 W Esplanade, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor 1616 E. Lake Mead, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor Kirk Three, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor Harvey Les
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Douglas J. Harris on behalf of Creditor Arbys Franchisor, LLC
douglas.harris@alston.com

Jeffrey M Hendricks on behalf of Creditor First Franchise Capital Corporation
jhendricks@brickergraydon.com

Evan Park Howell, III on behalf of Creditor Janana, L.L.C.
ehowell@ephlaw.com

Henry A. King on behalf of Creditor First Franchise Capital Corporation
hking@kingjurgens.com

Michael E. Landis on behalf of Debtor Miracle Restaurant Group LLC
mlandis@hellerdraper.com, Vgamble@hellerdraper.com

Leib M Lerner on behalf of Creditor Arbys Franchisor, LLC
leib.lerner@alston.com

Robert L. Marrero on behalf of Creditor Douglas Cook Enterprises, LLC
office@bobmarrero.com,
robert@bobmarrero.com;Marrero.RobertR106702@notify.bestcase.com

Laura J Monroe on behalf of Creditor Lubbock Central Appraisal District
lmbkr@pbfcm.com

Dwayne M. Murray
dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net

Richard A Rozanski on behalf of Creditor CLECO Power, LLC
richard@rarlaw.net

Michael D. Rubenstein on behalf of Creditor USRP Funding 2001-A, LP
mdrubenstein@liskow.com, lschnabel@Liskow.com

Glenn K. Schreiber on behalf of Creditor Small Business Administration
glenn.schreiber@usdoj.gov,
bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov

Jessica Simon on behalf of Creditor USRP Funding 2001-A, LP
jsimon@hrhlaw.com

5

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

David F. Waguespack on behalf of Creditor Woodvine Partners, LLC
waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com

Brent C. Wyatt on behalf of Creditor The Deville Group of Companies, as agent for RDZ Family Limited Partnership III and RD Investment Partners I, LP
brent.wyatt@keanmiller.com