IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 24-11158 |
| MIRACLE RESTAURANT GROUP, LLC | § § § § | (Subchapter V) |
| DEBTOR.[1] | § § § § § | CHAPTER 11<br><br>SECTION A |

## OBJECTION TO CONFIRMAITON

Janana, LLC ("Janana"), by and through its undersigned counsel, hereby files this Objection ("Objection") to the Third Amended Plan of Reorganization Under Subchapter V Dated March 18, 2025 [D.I. 275] (the "Third Amended Plan") filed by the Debtor, Miracle Restaurant Group, LLC ("Debtor" or "Miracle Group").

Janana and the Debtor entered into a Lease Agreement, dated June 22, 2018 (the "Lease"), for Debtor to lease Janana's property and to operate it as an Arby's fast-food restaurant, on Veterans Boulevard in Metairie, Louisiana.

The Debtor has correctly asserted that the lease will be assumed in the Plan. However, the Plan does not give sufficient detail as to the terms of the lease assumption and cure. Thus, Janana seeks to have the Debtor prove the lease assumption will be in accordance with terms that will prove payment of the current tax indebtedness and cure the past due indebtedness.

Accordingly, Janana's objection may be provided in the Plan's Order or in a separate motion

---

[1] The Debtor in these chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, is 6474, principal place of business and the Debtor' service address in these chapter 11 cases is 335 East Boston St Covington, LA 70433.

and order in accordance with the Plan.

**WHEREFORE**, Janna prays this Court enter an order sustaining its objection and denying confirmation of the Third Amended Plan, or, alternatively, confirming the Third Amended Plan only upon such modifications sufficient to address this objection.

DATED: March 4, 2025                      Respectfully Submitted,

                                                /s/ Evan Park Howell III    Evan Park Howell III (18957)
Attorney at Law
1 Galleria Boulevard, Suite 1900
Metairie, Louisiana 70001
Telephone: (504) 343-4346
Facsimile: (504) 613-6733
E-mail: ehowell@ephlaw.com
*Counsel for Janana, LLC*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection was served upon the following through the Court's CM/ECF system:

Alberta Adams on behalf of Interested Party The Travelers Indemnity Company
aadams@pdtlegal.com

H. Kent Aguillard on behalf of Creditor Mavro-Windsor AR TX LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com

H. Kent Aguillard on behalf of Creditor Miller AR TX Management LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com

Kennedy Bodnarek on behalf of Creditor McLane Foodservice, Inc.
kennedy.bodnarek@alston.com

Joseph Patrick Briggett on behalf of Creditor B&B Developers, LLC
jbriggett@bakerdonelson.com, jbowers@bakerdonelson.com

Greta M. Brouphy on behalf of Debtor Miracle Restaurant Group LLC
gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

38

David Browne on behalf of Creditor Iris Associates, LP
dbrowne@brownelaw.com

Jeffrey M. Burmaster on behalf of Creditor First Franchise Capital Corporation
jburmaster@kingkrebs.com

Christopher T. Caplinger on behalf of Interested Party Robert & Son Inc.
ccaplinger@lawla.com, mlopez@lawla.com

Donald G. Cassels, III on behalf of Creditor Schwegmann Family Trust #2
donald.cassels@wilsonelser.com

Rudy J. Cerone on behalf of Creditor David Anson
rcerone@mcglinchey.com, lgraff@mcglinchey.com

Rudy J. Cerone on behalf of Creditor Renae Jacobs
rcerone@mcglinchey.com, lgraff@mcglinchey.com

Scott R. Cheatham on behalf of Creditor Edna Sue Moody
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Edward Summers
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Ernest Summers, III
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor John C. Leigeber
scott.cheatham@arlaw.com

William G. Cherbonnier, Jr. on behalf of Creditor Iris Associates, LP
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

Cynthia Cimino on behalf of Creditor Iris Associates, LP
cynthiamcimino@gmail.com, ccimino@brownelaw.com

Richard Crohan on behalf of Creditor Arbys Franchisor, LLC
blake.crohan@alston.com

Richard Crohan on behalf of Creditor McLane Foodservice, Inc.
blake.crohan@alston.com

Douglas S. Draper on behalf of Debtor Miracle Restaurant Group LLC
ddraper@hellerdraper.com, vgamble@hellerdraper.com

William T. Finn on behalf of Creditor Woodvine Partners, LLC
finn@carverdarden.com

Patrick S. Garrity on behalf of Creditor 1000 W Esplanade, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor 1616 E. Lake Mead, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor Kirk Three, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor Harvey Les
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Douglas J. Harris on behalf of Creditor Arbys Franchisor, LLC
douglas.harris@alston.com

Jeffrey M Hendricks on behalf of Creditor First Franchise Capital Corporation
jhendricks@brickergraydon.com

Evan Park Howell, III on behalf of Creditor Janana, L.L.C.
ehowell@ephlaw.com

Henry A. King on behalf of Creditor First Franchise Capital Corporation
hking@kingjurgens.com

Michael E. Landis on behalf of Debtor Miracle Restaurant Group LLC
mlandis@hellerdraper.com, Vgamble@hellerdraper.com

Leib M Lerner on behalf of Creditor Arbys Franchisor, LLC
leib.lerner@alston.com

Robert L. Marrero on behalf of Creditor Douglas Cook Enterprises, LLC
office@bobmarrero.com, robert@bobmarrero.com;Marrero.RobertR106702@notify.bestcase.com

Laura J Monroe on behalf of Creditor Lubbock Central Appraisal District
lmbkr@pbfcm.com

Dwayne M. Murray
dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net

Richard A Rozanski on behalf of Creditor CLECO Power, LLC
richard@rarlaw.net

Michael D. Rubenstein on behalf of Creditor USRP Funding 2001-A, LP
mdrubenstein@liskow.com, lschnabel@Liskow.com

38

Glenn K. Schreiber on behalf of Creditor Small Business Administration
glenn.schreiber@usdoj.gov,
bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov

Jessica M. Simon on behalf of Creditor USRP Funding 2001-A, LP
jsimon@hrhlaw.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

David F. Waguespack on behalf of Creditor Woodvine Partners, LLC
waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com

Brent C. Wyatt on behalf of Creditor The Deville Group of Companies, as agent for RDZ Family Limited Partnership III and RD Investment Partners I, LP
brent.wyatt@keanmiller.com

                                                /s/ Evan Park Howell III
                                                Evan Park Howell III