IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MIRACLE RESTAURANT GROUP, LLC, | § | Case No. 24-11158 |
| | § | |
| DEBTOR | § | Subchapter V |

**JOINDER IN OBJECTION TO CONFIRMATION OF
DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION [D.I. 275]**

NOW INTO COURT, through undersigned counsel, comes Woodvine Partners, LLC ("Woodvine") which files this joinder to the Objection of Iris Associates L.P. ("Iris Associates") [D.I. 276] to Miracle Restaurant Group, LLC's ("Debtor") Third Amended Plan of Reorganization [D.I. 275] and in support thereof represents as follows:

1. On March 18, 2025, Debtor filed its Third Amended Plan of Reorganization under Subchapter V (the "Plan").

2. On March 18, 2025, Iris Associates filed an Objection to the Plan [D.I. 276] (the "Objection").

3. Woodvine agrees with and adopts all arguments and conclusions made in the Objection to the Plan filed by Iris Associates.

4. Accordingly, Woodvine hereby joins in the Objection. In an effort to preserve judicial resources, Woodvine does not restate the arguments made therein.

5. Woodvine expressly reserves all of its rights to assert additional objections to the Plan.

6. WHEREFORE, Woodvine Partners, LLC prays that this Honorable Court enter an order sustaining its objection and denying confirmation of the Plan, or, alternatively, confirming the Plan only upon striking the following language from Article X of the Plan:

However, absent further Court order upon notice and hearing, the exclusive remedy for payment of any claim or debt addressed in this Plan, so long as the Plan is not in default, shall be the Plan and all parties classified in and under Articles III and IV herein are enjoined from taking any action inconsistent herewith, including, but not limited to, any action to prosecute or collect any debt or claim against any guarantor, insider, officer, director, employee or interest holder; provided however, that all creditors shall retain the right to pursue any third party guarantor for any debts not addressed in this plan and the discharge under 11 U.S.C. 1192 shall not apply to any third party guarantor.

Dated: April 16, 2025.

Respectfully submitted,

**CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, L.L.C.**

 /s/ William T. Finn
William T. Finn (La. Bar No. 1359)
David F. Waguespack (La. Bar No. 21121)
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3808
Facsimile: (504) 585-3801
Email: finn@carverdarden.com
        waguespack@carverdarden.com

*Counsel for Woodvine Partners, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Joinder in Objection to Confirmation of Debtor's Third Amended Plan of Reorganization* has been duly served upon those parties receiving electronic notification via the Court's CM/ECF System on this 16th day of April, 2025 as follows:

Alberta Adams on behalf of Interested Party The Travelers Indemnity Company
aadams@pdtlegal.com

2

H. Kent Aguillard on behalf of Creditor Mavro-Windsor AR TX LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com

H. Kent Aguillard on behalf of Creditor Miller AR TX Management LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com

Kennedy Bodnarek on behalf of Creditor McLane Foodservice, Inc.
kennedy.bodnarek@alston.com

Joseph Patrick Briggett on behalf of Creditor B&B Developers, LLC
jbriggett@bakerdonelson.com, jbowers@bakerdonelson.com

Greta M. Brouphy on behalf of Debtor Miracle Restaurant Group LLC
gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

David Browne on behalf of Creditor Iris Associates, LP
dbrowne@brownelaw.com

Christopher T. Caplinger on behalf of Interested Party Robert & Son Inc.
ccaplinger@lawla.com, mlopez@lawla.com

Donald G. Cassels, III on behalf of Creditor Schwegmann Family Trust #2
donald.cassels@wilsonelser.com

Rudy J. Cerone on behalf of Creditor David Anson
rcerone@mcglinchey.com, lgraff@mcglinchey.com

Rudy J. Cerone on behalf of Creditor Renae Jacobs
rcerone@mcglinchey.com, lgraff@mcglinchey.com

Scott R. Cheatham on behalf of Creditor Edna Sue Moody
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Edward Summers
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Ernest Summers, III
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor John C. Leigeber
scott.cheatham@arlaw.com

William G. Cherbonnier, Jr. on behalf of Creditor Iris Associates, LP
wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

Cynthia Cimino on behalf of Creditor Iris Associates, LP
cynthiamcimino@gmail.com, ccimino@brownelaw.com

Richard Crohan on behalf of Creditor Arbys Franchisor, LLC
blake.crohan@alston.com

Richard Crohan on behalf of Creditor McLane Foodservice, Inc.
blake.crohan@alston.com

Douglas S. Draper on behalf of Debtor Miracle Restaurant Group LLC
ddraper@hellerdraper.com, vgamble@hellerdraper.com

Patrick S. Garrity on behalf of Creditor 1000 W Esplanade, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor 1616 E. Lake Mead, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor Kirk Three, LLC
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Patrick S. Garrity on behalf of Creditor Harvey Les
pgarrity@derbeslaw.com, 23689@notices.nextchapterbk.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Douglas J. Harris on behalf of Creditor Arbys Franchisor, LLC
douglas.harris@alston.com

Jeffrey M Hendricks on behalf of Creditor First Franchise Capital Corporation
jhendricks@brickergraydon.com

Evan Park Howell, III on behalf of Creditor Janana, L.L.C.
ehowell@ephlaw.com

Henry A. King on behalf of Creditor First Franchise Capital Corporation
hking@kingjurgens.com

Michael E. Landis on behalf of Debtor Miracle Restaurant Group LLC
mlandis@hellerdraper.com, Vgamble@hellerdraper.com

Leib M Lerner on behalf of Creditor Arbys Franchisor, LLC
leib.lerner@alston.com

J. Eric Lockridge on behalf of Creditor The Deville Group of Companies, as agent for RDZ Family Limited Partnership III and RD Investment Partners I, LP
eric.lockridge@keanmiller.com, stephanie.gray@keanmiller.com, eric-lockridge-9072@ecf.pacerpro.com

Robert L. Marrero on behalf of Creditor Douglas Cook Enterprises, LLC
office@bobmarrero.com, robert@bobmarrero.com, Marrero.RobertR106702@notify.bestcase.com

Laura J Monroe on behalf of Creditor Lubbock Central Appraisal District
lmbkr@pbfcm.com

Dwayne M. Murray
dmm@murraylaw.net, la18@ecfcbis.com;trustee3@murraylaw.net

Richard A Rozanski on behalf of Creditor CLECO Power, LLC
richard@rarlaw.net

Michael D. Rubenstein on behalf of Creditor USRP Funding 2001-A, LP
mdrubenstein@liskow.com, lschnabel@Liskow.com

Glenn K. Schreiber on behalf of Creditor Small Business Administration
glenn.schreiber@usdoj.gov, bonnie.bodenheimer@usdoj.gov, caseview.ecf@usdoj.gov, Vanessa.brown@usdoj.gov

Jessica M. Simon on behalf of Creditor USRP Funding 2001-A, LP
jsimon@hrhlaw.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

David F. Waguespack on behalf of Creditor Woodvine Partners, LLC
waguespack@carverdarden.com, docket@carverdarden.com, plaisance@carverdarden.com

        /s/ William T. Finn
           WILLIAM T. FINN