**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| MIRACLE RESTAURANT GROUP, LLC | § | Case No. 24:11158 |
| Debtor | § | Subchapter V |

## STIPULATION AS TO PROOF OF CLAIM 88 FILED BY B & B DEVELOPERS, LLC

Effective November 18, 2025:

**WHEREAS**, on June 20, 2024, Miracle Restaurant Group, LLC (the "Debtor") filed for bankruptcy protection in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court").

**WHEREAS**, on May 27, 2025, the Bankruptcy Court confirmed the Debtor's Third Amended Plan of Reorganization Under Subchapter V Dated March 18, 2025 (the "Plan") [ECF Doc. 337].

**WHEREAS**, pursuant to the Plan, the Debtor rejected the certain Lease Agreement between B & B Developers, LLC ("B & B" and together with the Debtor, the "Parties") and the Debtor for property located in Laurel, Mississippi. The Plan went effective on June 11, 2025.

**WHEREAS**, on July 9, 2025, B & B filed a rejection damages proof of claim # 88 (the "B & B Claim"), in the amount of $161,071.31, including a $34,863.60 priority claim under 11 U.S.C. § 507(a)(8).

**WHEREAS**, the Debtor disputes the B & B Claim and counsel for both the Debtor and B & B have conferred and desire to resolve the matter without the cost of litigation;

The Parties agree and stipulate as follows:

1. B & B shall have an allowed general unsecured claim in the amount of $161,071.31.

{00384427-1}

2. B & B shall waive any claim to priority status under 11 U.S.C. § 507.

3. B& B shall amend the B & B Claim to reflect this Stipulation.

4. The Debtor shall commence making quarterly payments to B & B in its pro rata share of distributions to general unsecured creditors in accordance with the confirmed Plan.

Respectfully submitted:

/s/ *Michael E. Landis*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La. Bar NO. 36542
**HELLER, DRAPER & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com
mlandis@hellerdraper.com

*Counsel for the Reorganized Debtor*

and

/s/ *Joseph P. Briggett*
Joseph P. Briggett
Louisiana Bar No. 33029
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
201 St. Charles Ave, Suite 3600
New Orleans, LA 70170
(504) 566-5200
jbriggett@bakerdonelson.com

*Counsel for B&B Developers, LLC*